IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROWAN FAMILY DENTISTRY, INC.,
a Mississippi corporation, and MARTIN
CHIROPRACTIC, LLC, a Mississippi
Corporation                                                                                         PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:18-CV-00116-NBB-JMV

MEDICAL SYNERGY, INC.,
an Arizona corporation                                                                          DEFENDANT

## ORDER

    This cause comes before the court upon Plaintiffs' Notice of Dismissal in which they stipulate to a voluntary dismissal of the instant action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the court finds that this case should be **DISMISSED without prejudice**. This case is closed.

    **SO ORDERED AND ADJUDGED** this, the 12th day of October, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**